IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JONES LANG LaSALLE AMERICAS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THE HOFFMAN FAMILY, LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:13-cv-01011 (AJT/JFA) |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Summary Judgment [Doc. No. 34] and Defendants' Motion for Summary Judgment [Doc. No. 48] ("the Motions"). Upon consideration of the Motions, the memoranda submitted in support thereof and in opposition thereto, the arguments of counsel at the hearing held on March 4, 2014, and for the reasons stated in the Court's Memorandum Opinion [Doc. No. 89] dated April 4, 2014, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment [Doc. No. 34] be, and the same hereby is, DENIED; and it is further

ORDERED that Defendants' Motion for Summary Judgment [Doc. No. 48] be, and the same hereby is, GRANTED; and it is further

ORDERED that judgment be, and hereby is, entered in favor of Defendant and this matter is DISMISSED with prejudice.

The Clerk is directed to enter judgment in accordance with Fed. R. Civ. P. 58 and forward a copy of this Order to all counsel of record.

/s/ Anthony J. Trenga
Anthony J. Trenga
United States District Judge

April 4, 2014
Alexandria, Virginia